CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 11 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 7:11cr82 |
| ) | |
| v. ) | **2255 FINAL ORDER** |
| ) | |
| STEVEN O'NEAL HAIRSTON, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| ) | |
| Defendant. ) | |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Hairston's motion for writ of habeas corpus pursuant to 28 U.S.C. § 2255 is **DENIED**, and this matter is **STRICKEN** from the court's active docket. Further, finding that Hairston has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: October 11, 2013.

s/ SAMUEL G. WILSON
UNITED STATES DISTRICT JUDGE